

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00152-CV

| | | |
|---|---|---|
| In the Interest of C.R., I.P., and Z.P., children | § | From the 367th District Court |
| | § | of Denton County (2012-50930-367) |
| | § | September 18, 2014 |
| | § | Opinion by Justice Meier |

# JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
      Justice Bill Meier